# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&R SURGICAL INSTITUTE, an unincorporated association,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation and DOES 1 through 20, inclusive.<br><br>        Defendant. | Case No. CV 22-226-DMG (PLAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [21]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with the parties bearing their own respective attorney's fees and costs.

DATED: July 26, 2022

                                          _____
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE